## People of State of Illinois, Defendants in Error, v. John Boyden, Plaintiff in Error.

### Gen. No. 10,008.

opinion filed May 26, 1947; released for publication June 11, 1947. James W. Faulkner, for plaintiff in error; George F. Barrett, Attorney General and James E. Burke, State's Attorney, for defendant in error. PER CURIAM. Not to be published in full.